# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-MJ-0818 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| BRETT JAMES STIMAC, | |
| Defendant. | |

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through May 1, 2020 for purposes of Speedy Trial Act calculations [Doc. No. 17].

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through May 1, 2020 shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that this matter will be set for trial on May 4, 2020 in Courtroom 7B of the United States Courthouse in St. Paul, Minnesota. A separate order, setting forth trial-related filing deadlines, will be forthcoming.

Dated:  February 26, 2020

                                              <u>s/Susan Richard Nelson</u>
                                              SUSAN RICHARD NELSON
                                              United States District Judge